UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number:_____

FILED BY_____D.C.
FEB 08 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Rafael Antonio Gomez

vs.

Scott Aaron Rudoff in his official capacity as a

Miami-Dade Police Officer

And the Miami-Dade Police Department

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**I. Party Information**

A. Plaintiff: Rafael Antonio Gomez

   Address: 9876 sw 159 path Miami, FL 33196

   Inmate/Prison No.:_____N/A_____

   *Year* of Birth:_1989____(Do *not* include day or month, pursuant to Fed. R. Civ. P 5.2)

   (Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: Scott A. Rudoff          Defendant: Miami-Dade Police Department

   Official Position: Miami-Dade Police Officer   Official Position: Police Department

   Place of Employment: Miami-Dade Police Department

   Place of Employment: 9105 NW 25st Doral, FL 33172

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not iclude legal arguments or cite cases or statutes. Attach additional pages, if necessary.

SeeAttachment

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Money Damages: $1,000,000.00

As a direct and proximate result of the conduct of the Defendants, Plaintiff has sustained severe physical pain and severe emotional distress and anxiety; including but not limited to depression, loss of sleep, loss of self-esteem, a fear of those in authority or positions of power, fear of law enforcement, severe isolation from family and friends, personal humiliation and embarrassment Due to physical abuse and intimidation of the Defendants, Plaintiff experiences anxiety, sleeplessness, and has experienced severe damage to personal, professional, and family relationships. These damages are permanent. Plantiff seeks $1,000,000.00 in money damage and prays for relief.

<u>Plaintiff has suffered financial damage. Plaintiff paid $100.00 for a bail bond. Plaintiff paid $300.00 for vehicle impound. Plaintiff was assessed $50.00 in court fees.</u>

IV: Jury Demand

Are you demanding a jury trial?    ____ Yes    __X__ No

Signed this ____4th____ day of __February____, 20 21

____s/Rafael Antonio Gomez_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on:___02/08/2021___

_____
Signature of Plaintiff

# Gomez v. Rudoff, Miami-Dade Police Department

## Statement of Facts

1. All events occurred within Miami-Dade County, Florida.

2. On July 24, 2020, at 8:45am

3. Defendant, Scott Aaron Rudoff, was operating under the authority of the Miami-Dade Police Department.

4. Defendant, Scott Aaron Rudoff, was observed by Plaintiff, Rafael A. Gomez, without a face-mask, in violation of Miami-Dade County Ordinance.

5. Plaintiff demanded Defendant wear his face-mask in compliance with Miami-Dade County Ordinance.

6. Defendant refused to wear his face-mask and fled the scene.

7. On July 24, 2020, at 9:00am

8. Defendant, Scott Aaron Rudoff, was observed again by Plaintiff, Rafael A. Gomez, violating Miami-Dade County face-mask Ordinance.

9. Plaintiff demanded Defendant wear his face-mask in compliance with Miami-Dade County Ordinance.

10. Defendant, Scott Aaron Rudoff stated "I'm going to ruin your day!"

11. Plaintiff left the scene.

12. On July 24, 2020, at 9:57am

13. Defendant, Scott Aaron Rudoff, was observed once again by Plaintiff, Rafael A. Gomez, violating Miami-Dade County face-mask Ordinance.

14. Plaintiff demanded Defendant wear his face-mask in compliance with Miami-Dade County Ordinance.

15. Plaintiff demanded to speak with a supervisor.

16. Plaintiff was recording situation with his mobile phone.

17. Defendant smacked camera out Plaintiff's hand.

18. Defendant proceeded to conduct "Leg Sweep" on Plaintiff

19. Defendant then struck Plaintiff in the face

20. Defendant demanded Plaintiff put his hands behind his back

21. Defendant did not grant Plaintiff adequate response time to comply with order.

22. Defendant proceeded to twist and mangle Plaintiff's arms.

23. Defendant proceeded to turn off Plaintiff's camera.

24. Defendant was placed under arrest

25. State Case No.:, 13-2020-MM-012404-0001-XX, Court Case No.: M-20-012404, Citation #: ADQCM6E, ADQCM3E, ADQCM4E

26. Plaintiff sustained injuries to his face, leg and arms.

27. Plaintiff immediately requested medical assistance.

28. Plaintiff was taken to the Hospital

29. Defendant proceeded to seize the Plaintiff's vehicle and all the possessions within the vehicle.

30. Defendant proceeded to seize the Plaintiff's mobile phone, camera and mobile device.

31. Plaintiff was incarcerated in a jail infected with COVID-19.

32. Plaintiff was charged with Stalking

33. Plaintiff was charged with Resisting officer without violence

34. Plaintiff was charged with Violation: *322.15(1) - Driver License

35. Plaintiff was charged with Violation: 320.131(3) - Unlawful Use of Temporary Tag

36. Plaintiff was charged with Violation: 320.02(1) - No Motor Vehicle Registration

37. Plaintiff paid a bail bond

38. On July 25, 2020

39. Plaintiff paid $300.00 to retrieve his vehicle from impound

40. Plaintiff went to police station to retrieve his property

41. The Miami-Dade Police Department was unable to locate Plaintiff's property

42. Plaintiff left Miami-Dade Police Department without his property

43. Miami-Dade Police Department was able to locate Plaintiff's property, four hours later.

44. Plaintiff was obliged to return to Miami-Dade Police Department to retrieve his property

45. Plaintiff filed complaint against Defendant.

46. On January 27, 2021

47. The Miami-Dade State Attorney's Office dismissed all charges against the Plaintiff.

48. Plaintiff was assessed $50.00 in court fees.

End